# Earnings Statement

```
CO      FILE           0000000-000000
PCSYGZ  000047504
```

ROTECH EMPLOYEE BENEFITS CORP.
3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Page 001 of 001
Period Ending:    03/25/2022
Advice Date:      04/01/2022
Advice Number:    0019664706
Batch Number:     202203291917

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 74.75 | 1122.00 | 7444.33 |
| FLOAT | 15.0100 | 8.00 | 120.08 | 480.32 |
| OVT | 15.0100 | 1.08 | 16.21 | 83.50 |
| OVT | 7.5050 | 1.08 | 8.11 | |
| HOLIDAY | | | | 240.16 |
| PTO | | | | 240.16 |
| CONTEST | | | | 78.00 |
| Gross Pay | | 84.91 | 1266.40 | 8566.47 |

**Tax Deductions**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 108.67 | 729.17 |
| MEDE | | | 16.81 | 113.34 |
| SS-E | | | 71.88 | 484.62 |
| Total Taxes | | | 197.36 | 1327.13 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 37.99 | 292.87 |
| DENTAL | 11.22 | 78.54 |
| HEALTH | 95.93 | 671.51 |
| BNHI | 8.11 | 64.88 |
| 401kLOAN | 33.46 | 234.22 |
| Total Other | 186.71 | 1342.02 |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 8.00 |
| PTO | 24.18 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 882.33 |

| Net Pay | 882.33 | 5897.32 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)



ROTECH HEALTHCARE INC.
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:   0019664706
Advice Date:     04/01/2022

*This is not a check*

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 882.33 |

| CO | FILE | 000000-000000 |
|---|---|---|
| PCSYGZ | 000047504 | |

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending: 03/11/2022
Advice Date: 03/18/2022
Advice Number: 0019659827
Batch Number: 202203151757

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| **Earnings** | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 79.99 | 1200.65 | 6322.33 |
| OVT | 15.0100 | 1.20 | 18.01 | 59.16 |
| OVT | 7.5050 | 1.20 | 9.01 | |
| FLOAT | | | | 360.24 |
| HOLIDAY | | | | 240.16 |
| PTO | | | | 240.16 |
| CONTEST | | | | 68.00 |
| Gross Pay | | 82.39 | 1227.67 | 7290.05 |

| **Tax Deductions** | | | | |
|---|---|---|---|---|
| FIT W/H | | | 104.16 | 618.37 |
| MEDE | | | 16.24 | 96.38 |
| SS-E | | | 69.47 | 412.12 |
| Total Taxes | | | 189.87 | 1126.87 |

| **Other Benefits and Information** | This Period | Year-to-Date |
|---|---|---|
| 401K | 36.83 | 254.58 |
| DENTAL | 11.22 | 67.32 |
| HEALTH | 95.93 | 575.58 |
| BNHI | 8.11 | 56.77 |
| 401kLOAN | 33.46 | 200.76 |
| Total Other | 185.55 | 1155.01 |

**Time Off Summary**
| FLOAT | 16.00 |
| PTO | 19.26 |

**Direct Deposit Summary**
| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 852.25 |

| Net Pay | 852.25 | 5008.17 |

© 2002 AutomaticData Processing (PCSUVO)



| | 3600 VINELAND RD, SUITE 114 ORLANDO, FL 32811 | Advice Number: | 0019659827 |
|---|---|---|---|
| | | Advice Date: | 03/18/2022 |

**THIS IS NOT A CHECK**

| **Deposited to the account of** | **Account Number** | **Transit ABA** | **Amount** |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 852.25 |

# Earnings Statement

```
CO      FILE          000000-000000
PCSYGZ  000047504
```

ROTECH EMPLOYEE BENEFITS CORP.
3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Page 001 of 001
Period Ending:    02/11/2022
Advice Date:      02/18/2022
Advice Number:    0019650437
Batch Number:     202202151822

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 48.17 | 723.02 | 3952.55 |
| FLOAT | 15.0100 | 24.00 | 360.24 | 360.24 |
| PTO | 15.0100 | 8.00 | 120.08 | 240.16 |
| OVT | 15.0100 | .65 | 9.76 | 31.98 |
| OVT | 7.5050 | .65 | 4.88 | |
| HOLIDAY | | | | 240.16 |
| Gross Pay | | 81.47 | 1217.98 | 4825.09 |

**Tax Deductions**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 103.03 | 402.36 |
| MEDE | | | 16.11 | 63.75 |
| SS-E | | | 68.87 | 272.58 |
| Total Taxes | | | 188.01 | 738.69 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 36.54 | 180.64 |
| DENTAL | 11.22 | 44.88 |
| HEALTH | 95.93 | 383.72 |
| BNHI | 8.11 | 40.55 |
| 401kLOAN | 33.46 | 133.84 |
| Total Other | 185.26 | 783.63 |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 16.00 |
| PTO | 9.41 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 844.71 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 844.71 | 3302.77 |

© 2002 AutomaticData Processing (PCSUVO)



**ROTECH HEALTHCARE INC.**
We Care About Patient Care

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:  0019650437
Advice Date:    02/18/2022

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 844.71 |

```
CO      FILE         0000000-0000000
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending: 02/25/2022
Advice Date: 03/04/2022
Advice Number: 0019656226
Batch Number: 202203011723

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 77.89 | 1169.13 | 5121.68 |
| FLOAT | | | | 360.24 |
| HOLIDAY | | | | 240.16 |
| PTO | | | | 240.16 |
| CONTEST | | | | 68.00 |
| OVT | | | | 32.14 |
| Gross Pay | | 77.89 | 1169.13 | 6062.38 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 97.34 | 514.21 |
| MEDE | | | 15.40 | 80.14 |
| SS-E | | | 65.84 | 342.65 |
| Total Taxes | | | 178.58 | 937.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 35.07 | 217.75 |
| DENTAL | 11.22 | 56.10 |
| HEALTH | 95.93 | 479.65 |
| BNHI | 8.11 | 48.66 |
| 401kLOAN | 33.46 | 167.30 |
| Total Other | 183.79 | 969.46 |

**Time Off Summary**
FLOAT                16.00
PTO                  14.33

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 806.76 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 806.76 | 4155.92 |

© 2002 AutomaticData Processing (PCSUVO)



**ROTECH HEALTHCARE INC.**
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number: 0019656226
Advice Date: 03/04/2022

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 806.76 |

# Earnings Statement

```
CO    FILE        000000-000000
PCSYGZ 000047504
```

ROTECH EMPLOYEE BENEFITS CORP.
3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Page 001 of 001
Period Ending:   02/25/2022
Advice Date:     03/04/2022
Advice Number:   0019656226
Batch Number:    202203011723

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 77.89 | 1169.13 | 5121.68 |
| FLOAT | | | | 360.24 |
| HOLIDAY | | | | 240.16 |
| PTO | | | | 240.16 |
| CONTEST | | | | 68.00 |
| OVT | | | | 32.14 |
| Gross Pay | | 77.89 | 1169.13 | 6062.38 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 97.34 | 514.21 |
| MEDE | | | 15.40 | 80.14 |
| SS-E | | | 65.84 | 342.65 |
| Total Taxes | | | 178.58 | 937.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 35.07 | 217.75 |
| DENTAL | 11.22 | 56.10 |
| HEALTH | 95.93 | 479.65 |
| BNHI | 8.11 | 48.66 |
| 401kLOAN | 33.46 | 167.30 |
| Total Other | 183.79 | 969.46 |

**Time Off Summary**
FLOAT     16.00
PTO       14.33

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 806.76 |

Net Pay     806.76     4155.92

© 2002 AutomaticData Processing (PCSUVO)

---

**ROTECH HEALTHCARE INC.**
We Care About Patient Care

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:   0019656226
Advice Date:     03/04/2022

*This Is Not A Check*

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking  XXXXXX8346 | 256074974 | 806.76 |

# Earnings Statement

```
CO      FILE         000000-000000
PCSYGZ  000047504
```

ROTECH EMPLOYEE BENEFITS CORP.
3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Page 001 of 001
Period Ending:    01/14/2022
Advice Date:     01/21/2022
Advice Number:   0019642765
Batch Number:    202201181610

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 79.53 | 1193.74 | 2150.16 |
| OVT | 15.0100 | .52 | 7.81 | 11.71 |
| OVT | 7.5050 | .52 | 3.90 | |
| HOLIDAY | | | | 240.16 |
| Gross Pay | | 80.57 | 1205.45 | 2402.03 |

**Tax Deductions**

| | | | | |
|---|---|---|---|---|
| FIT W/H | | | 101.57 | 197.80 |
| MEDE | | | 15.92 | 31.72 |
| SS-E | | | 68.10 | 135.64 |
| Total Taxes | | | 185.59 | 365.16 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 36.16 | 107.95 |
| DENTAL | 11.22 | 22.44 |
| HEALTH | 95.93 | 191.86 |
| BNHI | 8.11 | 24.33 |
| 401kLOAN | 33.46 | 66.92 |
| Total Other | 184.88 | 413.50 |

**Time Off Summary**

| | | |
|---|---|---|
| FLOAT | | 40.00 |
| PTO | | 15.56 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 834.98 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 834.98 | 1623.37 |

© 2002 AutomaticData Processing (PCSUVO)



ROTECH HEALTHCARE INC.
We Care About Patient Care

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:  0019642765
Advice Date:    01/21/2022

**This is not a check**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 834.98 |

```
CO       FILE              000000-000000
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:     01/28/2022
Advice Date:       02/04/2022
Advice Number:     0019646890
Batch Number:      202202011724

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 71.91 | 1079.37 | 3229.53 |
| PTO | 15.0100 | 8.00 | 120.08 | 120.08 |
| OVT | 15.0100 | .25 | 3.75 | 17.34 |
| OVT | 7.5050 | .25 | 1.88 | |
| HOLIDAY | | | | 240.16 |
| Gross Pay | | 80.41 | 1205.08 | 3607.11 |

**Tax Deductions**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 101.53 | 299.33 |
| MEDE | | | 15.92 | 47.64 |
| SS-E | | | 68.07 | 203.71 |
| Total Taxes | | | 185.52 | 550.68 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 36.15 | 144.10 |
| DENTAL | 11.22 | 33.66 |
| HEALTH | 95.93 | 287.79 |
| BNHI | 8.11 | 32.44 |
| 401kLOAN | 33.46 | 100.38 |
| Total Other | 184.87 | 598.37 |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 40.00 |
| PTO | 12.48 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 834.69 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 834.69 | 2458.06 |

© 2002 AutomaticData Processing (PCSUVO)



**ROTECH HEALTHCARE INC.**
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:     0019646890
Advice Date:       02/04/2022

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking  XXXXXX8346 | 256074974 | 834.69 |

# Earnings Statement

```
CO      FILE       0000000-0000000
PCSYGZ  000047504
```

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:     12/31/2021
Advice Date:       01/07/2022
Advice Number:     0019639234
Batch Number:      202201041729

**WALKER, KAYLA M.**
**416 ROBIN RD**
**UNIT 2203**
**PENSACOLA, FL 32514**

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 63.72 | 956.42 | 956.42 |
| HOLIDAY | 15.0100 | 16.00 | 240.16 | 240.16 |
| Gross Pay | | 79.72 | 1196.58 | 1196.58 |

**Tax Deductions**

| | | | | |
|---|---|---|---|---|
| FIT W/H | | | 96.23 | 96.23 |
| MEDE | | | 15.80 | 15.80 |
| SS-E | | | 67.54 | 67.54 |
| Total Taxes | | | 179.57 | 179.57 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 71.79 | 71.79 |
| DENTAL | 11.22 | 11.22 |
| HEALTH | 95.93 | 95.93 |
| BNHI | 16.22 | 16.22 |
| 401kLOAN | 33.46 | 33.46 |
| Total Other | 228.62 | 228.62 |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 0.00 |
| PTO | 5.71 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 788.39 |

| | | |
|---|---|---|
| Net Pay | 788.39 | 788.39 |

© 2002 AutomaticData Processing (PCSUVO)



| 3600 VINELAND RD, SUITE 114 | Advice Number: | 0019639234 |
|---|---|---|
| ORLANDO, FL 32811 | Advice Date: | 01/07/2022 |



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 788.39 |

| CO | FILE | 000000-000000 |
|---|---|---|
| PCSYGZ | 000047504 | |

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending: 12/17/2021
Advice Date: 12/23/2021
Advice Number: 0019635719
Batch Number: 202112202111

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 53.64 | 805.13 | 21500.76 |
| PTO | 15.0100 | 18.00 | 270.18 | 1562.50 |
| BONUS | | | | 1332.00 |
| CONTEST | | | | 737.99 |
| OVT | | | | 644.12 |
| FLOAT | | | | 600.40 |
| HOLIDAY | | | | 592.24 |
| RF BONUS | | | | 250.00 |
| Gross Pay | | 71.64 | 1075.31 | 27220.01 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 70.97 | 2456.46 |
| MEDE | | | 12.49 | 355.83 |
| SS-E | | | 53.38 | 1521.47 |
| Total Taxes | | | 136.84 | 4333.76 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 53.77 | 1361.03 |
| DENTAL | 22.56 | 282.00 |
| HEALTH | 191.86 | 2398.25 |
| BNHI | 16.22 | 202.75 |
| 401kLOAN | 33.46 | 100.38 |
| Total Other | 317.87 | 4344.41 |

**Time Off Summary**
FLOAT    0.00
PTO      5.71

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 620.60 |

| Net Pay | 620.60 | 18541.84 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

**ROTECH HEALTHCARE INC.**
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number: 0019635719
Advice Date: 12/23/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 620.60 |

```
CO      FILE              0000000-000000
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

```
                       Page 001 of 002
Period Ending:         12/03/2021
Advice Date:           12/10/2021
Advice Number:         0019630538
Batch Number:          202112071817
```

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 71.53 | 1073.65 | 20695.63 |
| HOLIDAY | 15.0100 | 8.00 | 120.08 | 592.24 |
| REG | 40.7900 | | 40.79 | |
| REG | 40.7800 | | 40.78 | |
| REG | 40.6500 | | 40.65 | |
| REG | 40.1600 | | 40.16 | |
| REG | 39.1000 | | 39.10 | |
| REG | 28.4400 | | 28.44 | |
| REG | 23.6400 | | 23.64 | |
| REG | 20.4000 | | 20.40 | |
| REG | 15.7700 | | 15.77 | |
| PTO | 12.2400 | | 12.24 | 1292.32 |
| FLOAT | 12.2400 | | 12.24 | 600.40 |
| FLOAT | 8.1600 | | 8.16 | |
| HOLIDAY | 4.0800 | | 8.16 | |
| OVT | 1.9900 | | 1.99 | 643.90 |
| OVT | 1.3400 | | 1.34 | |
| OVT | .9300 | | .93 | |
| OVT | .9000 | | .90 | |
| OVT | .7400 | | .74 | |
| OVT | .6300 | | .63 | |
| OVT | .6000 | | .60 | |
| OVT | .3900 | | .39 | |
| BONUS | | | | 1332.00 |
| CONTEST | | | | 712.49 |
| | | | | 250.00 |
| **Gross Pay** | | **79.53** | **1531.78** | **26118.98** |

**Tax Deductions**
| | | | | |
|---|---|---|---|---|
| FIT W/H | | | 123.01 | 2380.16 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 76.59 | 1305.97 |
| DENTAL | 22.56 | 259.44 |
| HEALTH | 191.86 | 2206.39 |
| BNHI | 16.22 | 186.53 |
| 401kLOAN | 33.46 | 66.92 |
| **Total Other** | **340.69** | **4025.25** |

**Time Off Summary**
| | |
|---|---|
| FLOAT | 0.00 |
| PTO | 18.81 |

**Direct Deposit Summary**
| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 967.30 |

| | | |
|---|---|---|
| **Net Pay** | **967.30** | **17904.10** |

© 2002 AutomaticData Processing (PCSUVO)



ROTECH HEALTHCARE INC.
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:  0019630538
Advice Date:    12/10/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 967.30 |

```
CO      FILE          0000000-000000
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 002 of 002
Period Ending:     12/03/2021
Advice Date:       12/10/2021
Advice Number:     0019630538
Batch Number:      202112071817

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| MEDE | | | 19.10 | 342.97 |
| SS-E | | | 81.68 | 1466.50 |
| Total Taxes | | | 223.79 | 4189.63 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)





```
CO      FILE      0000000-000000
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:   11/19/2021
Advice Date:     11/26/2021
Advice Number:   0019627009
Batch Number:    202111231109

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 72.93 | 1094.66 | 19332.25 |
| PTO | 15.0100 | 8.00 | 120.08 | 1280.08 |
| OVT | 15.0100 | 1.62 | 24.32 | 636.38 |
| OVT | 7.5050 | 1.62 | 12.16 | |
| BONUS | | | | 1332.00 |
| CONTEST | | | | 712.49 |
| FLOAT | | | | 580.00 |
| HOLIDAY | | | | 464.00 |
| RF BONUS | | | | 250.00 |
| **Gross Pay** | | **84.17** | **1251.22** | **24587.20** |

| Tax Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| FIT W/H | | 91.02 | 2257.15 |
| MEDE | | 15.03 | 323.87 |
| SS-E | | 64.28 | 1384.82 |
| **Total Taxes** | | **170.33** | **3965.84** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 62.56 | 1229.38 |
| DENTAL | 22.56 | 236.88 |
| HEALTH | 191.86 | 2014.53 |
| BNHI | 16.22 | 170.31 |
| 401kLOAN | 33.46 | 33.46 |
| **Total Other** | **326.66** | **3684.56** |

**Time Off Summary**
FLOAT    0.00
PTO      13.89

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 754.23 |

**Net Pay**    754.23    16936.80

© 2002 AutomaticData Processing (PCSUVO)



**ROTECH HEALTHCARE INC.**
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:   0019627009
Advice Date:     11/26/2021

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 754.23 |

```
CO      FILE        0000000-000000
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

```
                       Page 001 of 001
Period Ending:         11/05/2021
Advice Date:           11/24/2021
Advice Number:         0019625018
Batch Number:          202111191803
```

```
WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514
```

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| CONTEST | 3.4000 | 17.00 | | 712.49 |
| OVT | .1900 | .19 | | 599.90 |
| OVT | .0500 | .05 | | |
| REG | | | | 18237.59 |
| BONUS | | | | 1332.00 |
| PTO | | | | 1160.00 |
| FLOAT | | | | 580.00 |
| HOLIDAY | | | | 464.00 |
| RF BONUS | | | | 250.00 |
| Gross Pay | | | 17.24 | 23335.98 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 3.55 | 2166.13 |
| MEDE | | | .25 | 308.84 |
| SS-E | | | 1.07 | 1320.54 |
| Total Taxes | | | 4.87 | 3795.51 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | .86 | 1166.82 |
| DENTAL | | 214.32 |
| HEALTH | | 1822.67 |
| BNHI | | 154.09 |
| Total Other | .86 | 3357.90 |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 0.00 |
| PTO | 16.96 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 11.51 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 11.51 | 16182.57 |

© 2002 AutomaticData Processing (PCSUVO)



```
                3600 VINELAND RD, SUITE 114
                ORLANDO, FL 32811              Advice Number:   0019625018

                                               Advice Date:     11/24/2021
```



This is not a check

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 11.51 |

```
CO      FILE         0000114-000113
PCSYGZ  000047504
```

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:    10/22/2021
Advice Date:      10/29/2021
Advice Number:    0019617307
Batch Number:     202110261635

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 66.77 | 1002.21 | 17036.80 |
| OVT | 15.0100 | 4.62 | 69.35 | 540.00 |
| OVT | 7.5050 | 4.62 | 34.67 | |
| BONUS | | | | 1332.00 |
| PTO | | | | 1160.00 |
| CONTEST | | | | 695.49 |
| FLOAT | | | | 580.00 |
| HOLIDAY | | | | 464.00 |
| RF BONUS | | | | 250.00 |
| **Gross Pay** | | **76.01** | **1106.23** | **22058.29** |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 87.36 | 2070.50 |
| MEDE | | | 14.49 | 293.42 |
| SS-E | | | 61.93 | 1254.61 |
| **Total Taxes** | | | **163.78** | **3618.53** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 55.31 | 1102.94 |
| DENTAL | 11.28 | 191.76 |
| HEALTH | 95.93 | 1630.81 |
| BNHI | 8.11 | 137.87 |
| **Total Other** | **170.63** | **3063.38** |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 0.00 |
| PTO | 12.04 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 771.82 |

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **771.82** | **15376.38** |

© 2002 AutomaticData Processing (PCSUVO)



ROTECH HEALTHCARE INC.
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:   0019617307
Advice Date:     10/29/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 771.82 |

| CO | FILE | 0000000-0000000 |
|---|---|---|
| PCSYGZ | 000047504 | |

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:   11/05/2021
Advice Date:    11/12/2021
Advice Number:  0019620857
Batch Number:   202111091226

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG | 15.0100 | 80.00 | 1200.79 | 18237.59 |
| OVT | 15.0100 | 2.65 | 39.77 | 599.66 |
| OVT | 7.5050 | 2.65 | 19.89 | |
| BONUS | | | | 1332.00 |
| PTO | | | | 1160.00 |
| CONTEST | | | | 695.49 |
| FLOAT | | | | 580.00 |
| HOLIDAY | | | | 464.00 |
| RF BONUS | | | | 250.00 |
| Gross Pay | | 85.30 | 1260.45 | 23318.74 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 92.08 | 2162.58 |
| MEDE | | | 15.17 | 308.59 |
| SS-E | | | 64.86 | 1319.47 |
| Total Taxes | | | 172.11 | 3790.64 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 63.02 | 1165.96 |
| DENTAL | 22.56 | 214.32 |
| HEALTH | 191.86 | 1822.67 |
| BNHI | 16.22 | 154.09 |
| Total Other | 293.66 | 3357.04 |

**Time Off Summary**

| FLOAT | 0.00 |
|---|---|
| PTO | 16.96 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 794.68 |

| Net Pay | 794.68 | 16171.06 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)



ROTECH HEALTHCARE INC.
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:  0019620857
Advice Date:    11/12/2021

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 794.68 |

CO      FILE         000140-000140
PCSYGZ  000047504

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:    10/08/2021
Advice Date:      10/15/2021
Advice Number:    0019612121
Batch Number:     202110131144

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| RF BONUS | 250.0000 | | 250.00 | 250.00 |
| REG | | | | 16034.59 |
| BONUS | | | | 1332.00 |
| PTO | | | | 1160.00 |
| CONTEST | | | | 695.49 |
| FLOAT | | | | 580.00 |
| HOLIDAY | | | | 464.00 |
| OVT | | | | 435.98 |
| **Gross Pay** | | | **250.00** | **20952.06** |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 52.25 | 1983.14 |
| MEDE | | | 3.62 | 278.93 |
| SS-E | | | 15.50 | 1192.68 |
| **Total Taxes** | | | **71.37** | **3454.75** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 12.50 | 1047.63 |
| DENTAL | | 180.48 |
| HEALTH | | 1534.88 |
| BNHI | | 129.76 |
| **Total Other** | **12.50** | **2892.75** |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 0.00 |
| PTO | 7.16 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 166.13 |

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **166.13** | **14604.56** |

© 2002 AutomaticData Processing (PCSUVO)

**ROTECH HEALTHCARE INC.**
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:    0019612121
Advice Date:      10/15/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 166.13 |

```
CO      FILE       0000000-000000
PCSYGZ  000047504
```

# Earnings Statement

ROTECH EMPLOYEE BENEFITS CORP.
3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

```
Page 001 of 001
Period Ending:    07/30/2021
Advice Date:      08/06/2021
Advice Number:    0019590096
Batch Number:     202108031741
```

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO | 14.5000 | 40.00 | 580.00 | 1160.00 |
| FLOAT | 14.5000 | 24.00 | 348.00 | 580.00 |
| REG | | | | 16034.59 |
| BONUS | | | | 692.00 |
| HOLIDAY | | | | 464.00 |
| CONTEST | | | | 436.60 |
| OVT | | | | 430.13 |
| Gross Pay | | 64.00 | 928.00 | 19797.32 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 67.04 | 1743.02 |
| MEDE | | | 11.90 | 262.19 |
| SS-E | | | 50.89 | 1121.08 |
| Total Taxes | | | 129.83 | 3126.29 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 46.40 | 989.89 |
| DENTAL | 11.28 | 180.48 |
| HEALTH | 95.93 | 1534.88 |
| BNHI | 8.11 | 129.76 |
| Total Other | 161.72 | 2835.01 |

**Time Off Summary**

| FLOAT | 0.00 |
|---|---|
| PTO | 7.16 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 636.45 |

| Net Pay | 636.45 | 13836.02 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)



ROTECH HEALTHCARE INC.
We Care About Patient Care

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:  0019590096
Advice Date:    08/06/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 636.45 |

CO    FILE         0000000-000000
PCSYGZ 000047504

# Earnings Statement

*ROTECH EMPLOYEE BENEFITS CORP.*
*3600 VINELAND RD, SUITE 114*
*ORLANDO, FL 32811*

Page 001 of 001
Period Ending:   07/30/2021
Advice Date:     08/25/2021
Advice Number:   0019596383
Batch Number:    202108201413

WALKER, KAYLA M.
416 ROBIN RD
UNIT 2203
PENSACOLA, FL 32514

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| BONUS | 49.2300 | | 590.76 | 1332.00 |
| CONTEST | 51.7800 | | 207.12 | 695.49 |
| CONTEST | 51.7700 | | 51.77 | |
| BONUS | 49.2400 | | 49.24 | |
| OVT | 1.5000 | | 1.50 | 435.98 |
| OVT | 1.4900 | | 1.49 | |
| OVT | .5900 | | 1.18 | |
| OVT | .7200 | | .72 | |
| OVT | .4900 | | .49 | |
| OVT | .4700 | | .47 | |
| REG | | | | 16034.59 |
| PTO | | | | 1160.00 |
| FLOAT | | | | 580.00 |
| HOLIDAY | | | | 464.00 |
| **Gross Pay** | | | **904.74** | **20702.06** |

**Tax Deductions**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT W/H | | | 187.87 | 1930.89 |
| MEDE | | | 13.12 | 275.31 |
| SS-E | | | 56.10 | 1177.18 |
| **Total Taxes** | | | **257.09** | **3383.38** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K | 45.24 | 1035.13 |
| DENTAL | | 180.48 |
| HEALTH | | 1534.88 |
| BNHI | | 129.76 |
| **Total Other** | **45.24** | **2880.25** |

**Time Off Summary**

| | |
|---|---|
| FLOAT | 0.00 |
| PTO | 7.16 |

**Direct Deposit Summary**

| Trans | Type | Account Nbr | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX8346 | 602.41 |

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **602.41** | **14438.43** |

© 2002 AutomaticData Processing (PCSUVO)



**ROTECH HEALTHCARE INC.**
*We Care About Patient Care*

3600 VINELAND RD, SUITE 114
ORLANDO, FL 32811

Advice Number:   0019596383
Advice Date:     08/25/2021



THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, KAYLA M. | Checking XXXXXX8346 | 256074974 | 602.41 |