Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Kayla Walker
SSN/ITIN: xxx–xx–6935
Debtor

Bankruptcy Case No.: 22–30269–KKS

Chapter: 7
Judge: Karen K. Specie

**CLERK'S DEFICIENCY NOTICE**

   NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

   Attorney Disclosure Statement due 05/16/2022
   Stmt Curr Monthly Inc (122A–1) due 05/16/2022
   Schedule A/B due 05/16/2022
   Schedule C due 05/16/2022
   Schedule D due 05/16/2022
   Schedule E/F due 05/16/2022
   Schedule G due 05/16/2022
   Schedule H due 05/16/2022
   Schedule I due 05/16/2022
   Schedule J due 05/16/2022
   Schedule Declaration due 05/16/2022
   Statement of Financial Affairs due 05/16/2022
   Statement of Intent due 05/16/2022
   Summary of Schedules due 05/16/2022

   Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: May 3, 2022

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest