UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re: **KAYLA WALKER**                                    Case No. 22-30269KKS

Debtor                                                      Chapter    7

_____//

### ORDER GRANTING TRISTEE'S MOTION FOR TURNOVER (Doc. 20)

**THIS MATTER** having come before the Court on the matter of the Trustee's Motion for Turnover (Doc. 20) having been served by negative notice, o objections ore responses having been received, and the Court after being otherwise fully advised, it is:

**ORDERED:**

1.  The Trustee's Motion (Doc. 20) is **GRANTED.**

2.  The Debtor is ordered to immediately turn over to the Trusteed copies of all bank statements for accounts in the Debtor's name alone or with any other person that include the balance on May 2, 2022.

3.  The Debtor is also ordered to turn over funds equal to the total of the balances in all accounts in which the Debtor holds an ownership interest in as of May 2, 2022.

4.  This Court shall retain jurisdiction over the parties hereto and the subject matter herein to enter such other and further Orders that may become

necessary including, orders to enforce the provisions herein.

**DONE AND ORDERED** on   August 16, 2022                                   .

*[signature]*

**HONORABLE KAREN K. SPECIE**
U.S. Bankruptcy Judge

This Order Prepared by:
Sherry F. Chancellor, Trustee

Trustee Sherry F. Chancellor, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of this Order