# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 22-30269PNS3 KKS  
**Case Name:** Walker, Kayla  

**Period Ending:** 12/31/22

**Trustee:** (290720)    SHERRY CHANCELLOR  
**Filed (f) or Converted (c):** 05/02/22 (f)  
**§341(a) Meeting Date:** 06/14/22  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2019 Nissan Maxima, 42,760 miles, 1N4AA6AV4KC377 | 28,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture, Linens, china/dishes, Kitchen Table a | 500.00 | 0.00 | | 0.00 | FA |
| 3 | TV and Cell phone | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Everyday necessary clothes | 375.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Savings: Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA: Empower Retirement | 755.54 | 0.00 | | 0.00 | FA |
| 10 | Utility: Florida Power and Light (FPL) | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Ewbr: Robins Place Apartment | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Department of Revenue re: Matthew Carriles 10401 | 815.00 | 0.00 | | 0.00 | FA |
| 13 | Transfer to minor child. (u) estimate. | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 13 | **Assets**    Totals  (Excluding unknown values) | **$31,695.54** | **$10,000.00** | | **$0.00** | **$10,000.00** |

**Major Activities Affecting Case Closing:**

Check on bank account where transferred money to her minor child pre-filing.  And some on plastic surgery.  Adversary?  
Referral on 7/6/22  
UST wrote to counsel on 7/14/22 and asked for documents by July 31st.  SFC asked for same to be sent to her.  
8/5/22-  heard nothing.  File 727?

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 22-30269PNS3 KKS
**Case Name:** Walker, Kayla

**Period Ending:** 12/31/22

**Trustee:** (290720)　　SHERRY CHANCELLOR
**Filed (f) or Converted (c):** 05/02/22 (f)
**§341(a) Meeting Date:** 06/14/22
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/11/22- UST filing 727 action. Debtor not going to fight it.  Still have Motion for Turnover out there but probably won't get any funds.

8/15- debtor consented to 727 action and won't get discharge.

Status Conference set on Discharge adversary for 1/10/23-- Check status then.

Waitng on Adversary to close before taking any action re: NDR

**Initial Projected Date Of Final Report (TFR):** July 13, 2022　　　**Current Projected Date Of Final Report (TFR):** February 12, 2023

_____
January 24, 2023
Date

/s/ SHERRY CHANCELLOR
_____
SHERRY CHANCELLOR

Printed: 01/24/2023 09:49 AM　　V.20.45