MODIFIED BY THE COURT

02/13/2023
Date

Karen K. Specie
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| KAYLA WALKER, | )   Case No. 22-30269-KKS |
| | ) |
| Debtor. | )   Chapter 7 |
| _____ | ) |

## ORDER DENYING DISCHARGE OF DEBTOR

THIS CASE is before the Court as a result of a Final Judgment entered in Adversary Proceeding No. 22-03015 on January 25, 2023 (Adversary ECF No. 13), providing for denial of Debtor's Discharge under 11 U.S.C. § 727. As provided in the Final Judgment, it is

ORDERED the discharge of the Debtor Kayla Walker is DENIED.

DONE AND ORDERED on February  13th , 2023.

Karen K. Specie
Chief U.S. Bankruptcy Judge

This Order Prepared by: (Modified in Chambers)
Jason H. Egan, Esq.